No. 74–1487.  UNITED STATES *v.* MacCOLLOM.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 821.]  Motion for appointment of counsel granted, and it is ordered that John A. Strait, Esquire, of Seattle, Wash., be appointed to serve as counsel for respondent in this case.

No. 74–1542.  UNION ELECTRIC Co. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 8th Cir.  [Certiorari granted, *ante,* p. 821.]  Motion of Coalition for the Environment, St. Louis Region, for leave to file a brief as *amicus curiae* granted.

No. 74–1563.  CITY OF EASTLAKE ET AL. *v.* FOREST CITY ENTERPRISES, INC.  Sup. Ct. Ohio.  [Certiorari granted, *ante,* p. 890.]  Motion of San Diego Building Contractors Assn. et al. for leave to file a brief as *amici curiae* granted.

No. 74–1646.  ANDRESEN *v.* MARYLAND.  Ct. Sp. App. Md.  [Certiorari granted, *ante,* p. 822.]  Motion of the Solicitor General to participate in oral argument as *amicus curiae* in support of respondent granted and 15 additional minutes allotted for that purpose.  Petitioner also allotted 15 additional minutes for oral argument.

No. 75–62.  RUNYON ET UX. *v.* McCRARY ET AL.;

No. 75–66.  FAIRFAX-BREWSTER SCHOOL, INC. *v.* GONZALES ET UX.;

No. 75–278.  SOUTHERN INDEPENDENT SCHOOL ASSN. *v.* McCRARY ET AL.; and

No. 75–306.  McCRARY ET AL. *v.* RUNYON ET AL. C. A. 4th Cir.  [Certiorari granted, *ante,* p. 945.]  Motion of Dade Christian Schools, Inc., for leave to file a brief as *amicus curiae* granted.

No. 75–76.  SOUTH DAKOTA *v.* OPPERMAN.  Sup. Ct. S. D.  [Certiorari granted, *ante,* p. 923.]  Motion of Americans for Effective Law Enforcement, Inc., for leave to file a brief as *amicus curiae* granted.